**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 07, 2025.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| DOUBLE K AH!THENTIC PIZZA, LLC, | § § § | LEAD CASE NO. 25-10159-SMR |
| | § | |
| TRIPLE KWK, INC., | § § | SECOND CASE NO. 25-10160-SMR |
| DEBTORS. | § § § | CHAPTER 11 SUBCHAPTER V (JOINTLY ADMINISTERED) |

**ORDER SETTING HEARING ON CONFIRMATION OF PLAN AND**
**RELATED DEADLINES, WITH NOTICE THEREOF**
**(Relates to ECF No. 118)**

On May 2, 2025, the above-referenced Debtors filed their Chapter 11 Subchapter V Plan of Reorganization (the "Plan" at ECF No. 118). Accordingly, the Court finds that the following Order should be entered pursuant to 11 U.S.C. § 1191 and Federal Rule of Bankruptcy Procedure 3017.2:

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The confirmation hearing on the Plan will be held on **Thursday, June 26, 2025 at 11:00 a.m. (CT)** via Zoom. Zoom URL: https://www.zoomgov.com/my/robinson.txwb or Call 669-254-5252. Meeting ID: 161 0862 5245. Instructions are on the Court's website at: https://www.txwb.uscourts.gov/txwbvirtualhearings.

2. The Debtors shall promptly provide notice of the confirmation hearing to all

interested parties.

3. By June 23, 2025, counsel for the Debtors shall file with the Court (a) a ballot summary in the form required by Local Bankruptcy Rule 3018-1(b) with a copy of the ballots; (b) a memorandum of legal authorities addressing any unresolved objections to the Plan that were filed on the docket; and (c) under a notice coversheet, a proposed order confirming the Plan in accord with Local Bankruptcy Rule 1020.2-1.

4. June 18, 2025, at 5:00 p.m. (CT) is fixed as the last day for holders of claims and interests to accept or reject the Plan by submitting a ballot. Such ballots shall be sent to counsel for the Debtors at the address set forth in the Plan. Ballots shall not be filed with the Court.

5. June 18, 2025, at 5:00 p.m. (CT) is fixed, pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Plan. Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting such objection.

6. June 18, 2025 at 5:00 p.m. (CT) is fixed as (a) the last day for filing and serving any notice of § 1111(b) election under Bankruptcy Rule 3014; and (b) the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Plan under Bankruptcy Rule 3017.2.

7. By May 12, 2025, counsel for the Debtors shall transmit by first class mail (a) a copy of the Plan, (b) this Order or a notice of its provisions, and (c) a ballot conforming with Official Form 314, to all creditors, equity security holders, the Subchapter V Trustee, the Debtors, and all other parties in interest. Counsel for the Debtors shall promptly file a Certificate of Service with the Court reflecting such mailing.

### #